# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:25cr238-KDB |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| TIUNTAE DIXON | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.      Beginning no later than July 7, 2025, and continuing through at least July 22, 2025, TIUNTAE DIXON ("DIXON") engaged in a conspiracy with ROBERT LEWIS ELLIOTT, III ("R. ELLIOTT"), DEVIN ALONZO ELLIOTT ("D. ELLIOTT"), CHRISTOPHER TERRELL JACKSON ("JACKSON"), and others known and unknown, to pass and utter counterfeit Federal Reserve Notes to purchase expensive jewelry in retail stores, including retail stores in in Los Angeles, California.

2.      During the conspiracy, DIXON, or his co-defendants, using counterfeit Federal Reserve Notes, obtained approximately $423,800 in jewelry, including but not limited to Rolex, Patek Phillipe, Audemars Piguet, and Cartier watches.

3.      Jewelry Store #2 was a jewelry store located in Los Angeles, California. L.S. was an employee of Jewelry Store #2.

4. Jewelry Store #3 was a jewelry store located in Los Angeles, California. T.B. and N.S. were employees of Jewelry Store #3.

5. DIXON acted knowingly and with the intent to defraud, and passed, uttered, and published, and attempted to pass, utter, and publish, falsely made, forged, and counterfeited obligations of the United States.

## Jewelry Store #2 – Los Angeles, CA

6. On July 7, 2025, DIXON contacted Jewelry Store #2 via Instagram advising that DIXON wanted to meet at the store on July 9, 2025.

7. On July 9, 2025, DIXON, D. ELLIOTT, and R. ELLIOTT entered Jewelry Store #2 in Los Angeles, California and were shown four Rolex watches by Employee #2. D. ELLIOTT, R. ELLIOTT, and DIXON all interacted with Employee #2. R. ELLIOTT and Employee #2 agreed to a cost of $200,000 for the watches.

8. D. ELLIOTT and R. ELLIOTT went into another office, and R. ELLIOTT provided Employee #2 with stacks of genuine $100 Federal Reserve Notes from a black backpack, which Employee #2 ran through an electronic money counter. After running the stack through the electronic money counter, Employee #2 returned the stack back to R. ELLIOTT who returned it to the backpack.

9. Upon completion of the count, R. ELLIOTT advised Employee #2 that he felt nervous holding this much money and handed the backpack containing the money to Employee #2. R. ELLIOTT then asked for the watches and Employee #2 handed the watches, worth approximately $190,800, to R. ELLIOTT.

10. D. ELLIOTT and R. ELLIOTT exited Jewelry Store #2 with the watches. D. ELLIOTT entered a parked vehicle driven by DIXON, who had earlier left Jewelry Store #2, and R. ELLIOTT entered another waiting vehicle driven by H.M., a known co-conspirator. Both vehicles sped away.

11. Employee #2 opened the backpack and observed "For Motion Picture Purposes" on a $100 bill and realized the stacks of money were counterfeit.

## Jewelry Store #3 – Los Angeles, CA

12. On July 2, 2025, DIXON contacted Jewelry Store #3 via Instagram inquiring if they have a location in Los Angeles.

13. On July 21, 2025, Jewelry Store #3 contacted DIXON via Instagram asking if DIXON was in Los Angeles. DIXON responded: "I'm in Beverly Hills."

2

14. On July 22, 2025, DIXON and R. ELLIOTT entered Jewelry Store #3 in Los Angeles, California after previously inquiring about watches they were interested in purchasing. DIXON and R. ELLIOTT met with T.B. and N.S.

15. R. ELLIOTT provided T.B. and N.S. with individual stacks of genuine $100 Federal Reserve Notes, which the Employees ran through an electronic money counter and verified that the currency was authentic. After running the stack through the electronic money counter, the Employees returned the stack back to R. ELLIOTT who appeared to return it to the backpack. DIXON remained in the room as R. ELLIOTT provided T.B. and N.S. with the counterfeit currency.

16. In reality, R. ELLIOTT swapped the stacks of genuine $100 Federal Reserve Notes with the counterfeit notes by placing the counterfeit Federal Reserve Notes in the backpack.

17. DIXON and R. ELLIOTT provided T.B. and N.S. with approximately $238,600 in counterfeit Federal Reserve Notes.

18. Upon completion of the count, T.B. placed the currency into the safe and provided R. ELLIOTT with five Rolex watches worth more than $230,000. DIXON and R. ELLIOTT exited Jewelry Store #3 with the watches, including:

    a. Yellow Metal Rolex Watch, Yellow Dial

    b. Yellow Metal Rolex Watch, Silver Dial

    c. Yellow Metal Rolex Watch, Brown Dial

    d. Yellow Metal Rolex Watch, Green Dial

    e. Yellow Metal Rolex Watch, Green Dial, Rose Gold

19. R. ELLIOTT and DIXON entered a waiting vehicle driven by an unknown co-conspirator and sped away.

Case 3:25-cr-00238-KDB-DCK    Document 81    Filed 06/29/26    Page 3 of 4

20. After their departure, T.B. noticed that the currency was Motion Picture Prop money and not genuine Federal Reserve Notes.

RUSS FERGUSON
UNITED STATES ATTORNEY

*Caryn Finley*

Caryn Finley
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis and the Second Superseding Bill of Indictment in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Second Superseding Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

_____     DATED: 6/29/26

Elizabeth Gerber, Attorney for Defendant

Case 3:25-cr-00238-KDB-DCK   Document 81   Filed 06/29/26   Page 4 of 4